IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MARK IRVELLO

CRIMINAL NO. 21-313

## NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a ***VIRTUAL* Arraignment/Guilty Plea Hearing** on Tuesday, February 8, 2022 at 9:00 a.m. before the **Honorable C. Darnell Jones II** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:  /s/ Leesa B. Ciamaichelo
Deputy to Judge C. Darnell Jones II
Phone: (267) 299-7759

Date: February 1, 2022

cc - via U.S. mail:       Defendant
cc - via email:           M. Much, Esquire
                          L. Lappen, Assistant U.S. Attorney
                          U.S. Marshal
                          Probation Office
                          Pretrial Services
                          Interpreter Coordinator

crnotice (July 2021)