Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

<u>EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| v.   : | CRIMINAL NO. 21-CR-313 |
| MARK IRVELLO   : | |

MARK IRVELLO, the above-named defendant, who is accused of: 18 U.S.C. §§ 666(a)(1)(A), (b) and 2 (aiding and abetting theft from organization receiving federal funds - 1 count); 18 U.S.C. § 666 (a)(2),(b) (bribery concerning federal programs – 1 count); and 18 U.S.C. § 1343 (wire fraud – 1 count), being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
MARK IRVELLO
Defendant

_____
Witness

_____
MARK MUCH, ESQ.
Counsel for Defendant