IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK IRVELLO | CRIMINAL NO. 21-313 |

## NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a <u>**Sentencing**</u> on <u>**Monday, May 16, 2022**</u> at <u>**2:00 p.m.**</u> before the <u>**Honorable C. Darnell Jones II**</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:   /s/ Leesa B. Ciamaichelo
      Deputy to Judge C. Darnell Jones II
      Phone: (267) 299-7759

Date:  <u>May 12, 2022</u>

cc - via U.S. mail:         Defendant
cc - via email:             M. Much, Esquire
                            L. Lappen, Assistant U.S. Attorney
                            U.S. Marshal
                            Probation Office
                            Pretrial Services
                            Interpreter Coordinator

crnotice (July 2021)